IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DERRICK P. ALLEN                        *

    Movant                              *

v.                                      *       CRIMINAL NO. JKB-14-0198
                                                CIVIL NO. JKB-16-1746
UNITED STATES OF AMERICA                *

                                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

Pending before the Court is Derrick Allen's motion to vacate pursuant to 28 U.S.C. § 2255. (Crim. No. 14-0198, ECF No. 63.) The Court has considered it and the Government's response (ECF No. 64). For the reasons stated by the Government in its opposition, the Court concludes the motion is without merit. Accordingly, it is DENIED.

A certificate of appealability may issue only if the movant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). *See also Slack v. McDaniel*, 529 U.S. 473, 484 (2000). In order to satisfy § 2253(c), a movant must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. *Miller-El v. Cockrell*, 537 U.S. 322, 336-38 (2003) (citing *Slack*, 529 U.S. at 484). Allen has failed to make the required showing to justify a certificate of appealability, and the Court, therefore, declines to issue one.

The Clerk SHALL MAIL a copy of this memorandum and order to the movant and SHALL CLOSE the civil case.

SO ORDERED.

DATED this __14__ day of December, 2017.

BY THE COURT:

*James K. Bredar*
James K. Bredar
Chief Judge